# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| J & J Sports Productions, Inc., | Civil No. 10-1955 (RHK-JJK) |
| Plaintiff, | ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF PEDRO RUIZ FLORES |
| v. | |
| Pedro Ruiz Flores, Anna R. Flores and Fernando Carillo, individually and d/b/a Las Tapatias Restaurante, Las Tapatias Restaurante, Las Tapatias I, LLC d/b/a Las Tapatias Restaurante and John Does I-V, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Voluntary Dismissal of Pedro Ruiz Flores (Doc. No. 24), **IT IS ORDERED** that the parties' Stipulation for Voluntary Dismissal of Pedro Ruiz Flores is approved, and the above-entitled matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Pedro Ruiz Flores, pursuant to Federal Rule of Civil Procedure 41.

Dated: November 17, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
