# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| J & J Sports Productions, Inc., | Civil No. 10-1955 (RHK-JJK) |
| Plaintiff, | **ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF ANNA RUIZ FLORES** |
| v. | |
| Anna R. Flores and Fernando Carillo, individually and d/b/a Las Tapatias Restaurante, Las Tapatias Restaurante, Las Tapatias I, LLC d/b/a Las Tapatias Restaurante and John Does I-V, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation for Voluntary Dismissal of Anna Ruiz Flores, (Doc. No. 29), **IT IS ORDERED** that the Stipulation is approved, and the above-entitled matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Anna Ruiz Flores, pursuant to Federal Rule of Civil Procedure 41.

Dated: January 25, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge